## United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| UWI2 | 9704583 | SCRUDDER J | 266 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged □ CFR ☒ USC □ State Code |
|---|---|
| 05/18/2020 1830 | 18 USC 113 (a)(5) |

Place of Offense  120 S Dewey St Bremerton WA 98314
BLDG 100/Common area

Offense Description: Factual Basis for Charge          HAZMAT □

Simple assault (victim 16 or older)

### DEFENDANT INFORMATION

Last Name
Charlton          WADE          B

Street Address

Tag No.    State    Year    Make/Model    PASS □  Color

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See payment instructions. | B □ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| **PAY THIS AMOUNT AT** www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy



*9704583*

CVB SCAN 06/19/2020 13:53

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 18 MAY, 20 20 while exercising my duties as a law enforcement officer in the Western District of Washington

See attached

The foregoing statement is based upon:

☒ my personal observation ____ my personal investigation

☒ information supplied to me from my fellow officer's observation

____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/18/2020                    Officer's Signature
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/19/2020 13:53